Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 1

| Kellex Corp. |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**SUMMONS**

Court No.

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Charleston S.C. (1601) | Center (if known): | CEE008 |
|---|---|---|---|
| Protest Number: | 160124107257 | Date Protest Filed: | 10/15/2024 |
| Importer: | Kellex Corp | Date Protest Denied: | 12/03/2024 |
| Category of Merchandise: | seating parts | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| NNQ-2100001-9 | 09/07/2021 | 05/24/2024 | NNQ-2100003-5 | 10/26/2021 | 05/24/2024 |
| NNQ-2100002-7 | 09/05/2021 | 05/24/2024 | NNQ-2100004-3 | 10/25/2021 | 05/24/2024 |
| NNQ-2100005-0 | 10/19/2021 | 05/24/2024 | | | |
| | | | | | |

Evelyn M. Suarez
(202) 552-0310
esuarez@suarezfirm.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

### Appraised Value of Merchandise

| | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

### Classification, Rate or Amount

| Merchandise | Assessed | | Protest Claim | |
|---|---|---|---|---|
| | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Denial of protest contesting liquidation of antidumping duties on the full value of a Mechanically Collapsible Sofa Bed (MCSB) seat deck when antidumping duties should have only been imposed on the value of the mattress component.

The issue which was common to all such denied protests:

Wrongful imposition of duties on the MCSB seat deck when antidumping duties should have only been imposed on the mattress component.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Evelyn M. Suarez_
Signature of Plaintiff's Attorney

3/20/2025
Date

Form 1-3

## SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | 10/19/2021 | | 1601 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)